Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
Matthew C. Turk (SBN 274904)
(turkm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Counsel for VERIFONE SYSTEMS, INC.
and INDIVIDUAL DEFENDANTS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFIA ZOUMBOULAKIS, Derivatively on Behalf of Nominal Defendant VERIFONE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD A. MCGINN, ROBERT W. ALSPAUGH, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, WENDA HARRIS MILLARD, EITAN RAFF, JEFFREY E. STIEFLER, DOUGLAS G. BERGERON, ROBERT DYKES, and ELMORE WALLER,<br><br>Defendants.<br><br>and<br><br>VERIFONE SYSTEMS, INC.,<br><br>Nominal Defendant. | Case No. CV 13-2379-EJD<br><br>STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND, APPOINTING LEAD COUNSEL, AND CONSOLIDATING RELATED CASES<br><br>Judge: Edward J. Davila<br><br>Courtroom: 4<br><br>This case is related to SANDERS v. VERIFONE SYSTEMS, INC. ET AL., Case No. CV 13-1038-EJD |

WHEREAS, on May 24, 2013, Sofia Zoumboulakis ("Plaintiff") filed a Shareholder Derivative Complaint for Breach of Fiduciary Duty and Abuse of Control against nominal defendant VeriFone Systems, Inc. ("VeriFone") and individual defendants Richard A. McGinn, Robert W. Alspaugh, Leslie G. Denend, Alex W. Hart, Robert B. Henske, Wenda Harris Millard, Eitan Raff, Jeffrey E. Stiefler, Douglas G. Bergeron, Robert Dykes, Elmore Waller (collectively, "Defendants");

WHEREAS, on August 12, 2013, this action was assigned to the Honorable Edward J. Davila;

WHEREAS, there currently is pending a putative shareholder class action in the Northern District of California—*Sanders* v. *VeriFone Systems, Inc. et al.*, Case No. CV 13-1038-EJD (the "Federal Class Action")[1]—that is related to the above-captioned action;

WHEREAS, several motions for appointment as lead plaintiff and lead counsel have been filed in the Federal Class Action, which are currently scheduled for hearing in this Court on September 20, 2013;

WHEREAS, there currently is pending a putative derivative action in the Superior Court of the State of California, County of Santa Clara, captioned *Arnold Dolled* v. *Douglas G. Bergeron et al.*, Case No. 1-13-CV-245056 (the "State Derivative Action"), which arises out of the same transactions and events as the instant action;

WHEREAS, the parties in the State Derivative Action have agreed to delay further briefing in that action until after the September 20, 2013 hearing in the Federal Class Action;

WHEREAS, Plaintiff Zoumboulakis seeks Court approval for the appointment of her counsel, Harwood Feffer LLP, as Lead Counsel for this action, as well as any related shareholder derivative actions ("Related Actions") filed in this Court purportedly on behalf of VeriFone;

WHEREAS, Defendants do not take a position on the appointment of lead counsel;

[1] Two other related federal class actions — *Laborers Local 235 Benefit Funds* v. *VeriFone Systems, Inc., et al.*, Case No. CV-13-1676-JST and *Bland* v. *VeriFone Systems, Inc. et al.*, Case No. CV-13-1853-SBA — were filed in the Northern District of California, but have subsequently been dismissed without prejudice.

WHEREAS, Plaintiff and Defendants agree that this action shall be deemed to be the Lead Case (of the "Consolidated Action"), and that any Related Actions will be consolidated with, and into, the Consolidated Action;

WHEREAS, Plaintiff and Defendants agree that it would be duplicative and wasteful of the Court's resources for Defendants named in any Related Actions to have to respond to the individual complaints filed in those Related Actions prior to their consolidation with the Lead Case;

WHEREAS, Plaintiff and Defendants agree that an amended consolidated complaint will likely be filed in the instant action;

WHEREAS, Plaintiff and Defendants agree that the instant action should be coordinated with, and not precede, the Federal Class Action;

WHEREAS, Plaintiff and Defendants agree that proceedings in the instant action should not lag behind the proceedings in the State Derivative Action;

WHEREAS, Plaintiff and Defendants agree that Plaintiff will file an amended consolidated complaint, or make a determination not to file an amended consolidated complaint, no more than thirty (30) days after an amended consolidated complaint is filed in the Federal Class Action;

WHEREAS, Plaintiff and Defendants agree that Defendants shall not be required to move or otherwise respond to any complaint in this action until sixty (60) days after any amended consolidated complaint is filed or, if an amended consolidated complaint is not filed, sixty (60) days after the determination that no amended consolidated complaint will be filed; provided, however, that Defendants shall move or otherwise respond to any complaint in this action no later than the date it moves or otherwise responds to any complaint in the State Derivative Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by and through her counsel, and Defendants, by and through their counsel, that

1. Every pleading filed in the Lead Case, or in any action that may be consolidated with it, shall bear the following caption: *In re VeriFone Systems Inc. Derivative Litigation*, Lead Case No. CV 13-2379-EJD;

2. The files of the Consolidated Action shall be maintained under Lead Case No. CV 13-2379-EJD;

3. Lead Counsel shall have sole authority to speak for plaintiffs in the Consolidated Action with respect to all matters regarding pre-trial procedure, trial and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the litigation and to avoid duplicative or unproductive effort;

4. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Action. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff in the Consolidated Action except through Lead Counsel;

5. Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel;

6. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all plaintiffs;

7. Plaintiff will file an amended consolidated complaint, or make a determination not to file an amended consolidated complaint, no more than thirty (30) days after an amended consolidated complaint is filed in the Federal Class Action;

8. Defendants shall not be required to move or otherwise respond to any complaint in this action until sixty (60) days after any amended consolidated complaint is filed or, if an amended consolidated complaint is not filed, until sixty (60) days after the determination that no amended consolidated complaint shall be filed; provided, however, that Defendants shall move or otherwise respond to any complaint in this action no later than the date it moves or otherwise responds to any complaint in the State Derivative Action.

IT IS SO STIPULATED.

Dated: August 12, 2013

*/s/ Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
Sverker K. Högberg (SBN 244640)
Matthew C. Turk (SBN 274904)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendants*

Dated: August 12, 2013

*/s/ Alan R. Plutzik*

Alan R. Plutzik (SBN 077785)
Michael S. Strimling (SBN 96135)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Robert I. Harwood
Samuel K. Rosen
Benjamin I. Sachs-Michaels
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

Joshua M. Lifshitz
LIFSHITZ LAW FIRM
18 East 41st Street
New York, NY 10017
(212) 213-6222

*Attorneys for Plaintiff*

I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND, APPOINTING LEAD COUNSEL, AND CONSOLIDATING RELATED CASES. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated: August 12, 2013

*/s/ Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorney for Defendants*

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: ________________________

________________________________________
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE