IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFIA ZOUMBOULAKIS, | CASE NO. 5:13-CV-02379-EJD |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RICHARD MCGINN ET AL., | |
| Defendants. | |

This matter is currently set for a Case Management Conference on February 7, 2014. Having reviewed the parties' Joint Case Management Conference Statement, Dkt. Item No. 32, the court finds that a conference would not be productive at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Defendants' anticipated Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: February 3, 2014

EDWARD J. DAVILA
United States District Judge