IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFIA ZOUMBOULAKIS, derivatively and on behalf of Nominal Defendant VERIFONE SYSTEMS, INC., <br><br> Plaintiff(s), <br> v. <br><br> RICHARD A. MCGINN, et. al., <br><br> Defendant(s). | CASE NO. 5:13-cv-02379 EJD <br><br> **ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT** |

Defendants' Motion to Dismiss having been granted with leave to amend on August 7, 2014 (see Docket Item No. 42), the deadline for Plaintiff to file an amended complaint is September 8, 2014.

**IT IS SO ORDERED.**

Dated: August 27, 2014

EDWARD J. DAVILA
United States District Judge