Alan R. Plutznik (SBN 077785)
(aplutznik@bramsonplutzik.com)
Michael S. Strimling (SBN 96135)
(mstrimling@bramsonplutzik.com)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

*Attorneys for Plaintiff*

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE SYSTEMS, INC. DERIVATIVE LITIGATION | Case No. 13-cv-2379-EJD<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING PRETRIAL SCHEDULING<br><br>Judge: Edward J. Davila<br>Courtroom: 4<br><br>This case is related to IN RE VERIFONE SECURITIES LITIGATION, Case No. CV 13-1038-EJD |

WHEREAS, on December 3, 2015, the Court entered an order granting Defendants' Motion to Dismiss Plaintiff's Second Amended Shareholder Derivative Complaint with leave to amend (Docket No. 59);

WHEREAS, on December 14, 2015, the Parties' filed a Stipulation and Proposed Order regarding the schedule for the filing of Plaintiff's Third Amended Shareholder Derivative Complaint and Defendants' anticipated Motion to Dismiss (Docket No. 60);

WHEREAS, on December 18, 2015, the Court entered an order granting the Parties' Stipulation and Proposed Order (Docket No. 61);

WHEREAS, on January 20, 2016, Plaintiff filed her Third Amended Shareholder Derivative Complaint (Docket No. 62);

WHEREAS, on March 1, 2016, Defendants filed their Motion to Dismiss Plaintiff's Third Amended Shareholder Derivative Complaint (Docket No. 63);

WHEREAS, March 30, 2016, Plaintiff filed her Opposition to Defendants' Motion to Dismiss Plaintiff's Third Amended Shareholder Derivative Complaint (Docket No. 67);

WHEREAS, Defendants' Reply in Support of the Motion to Dismiss is due April 20, 2016 and oral argument is currently scheduled for June 2, 2016;

WHEREAS, counsel for Plaintiff contacted counsel for Defendants to seek to stipulate to a continuance of the hearing currently set for June 2, 2016;

WHEREAS, on April 14, 2016, the parties jointly called Judge Davila's Courtroom Deputy, Elizabeth Garcia, and thereafter communicated with her via email regarding the requested continuance;

WHEREAS, at the parties' request, Ms. Garcia reserved a hearing date of September 29, 2016, at 9:00 a.m., for Defendant's motion to dismiss;

WHEREAS, Ms. Garcia instructed the parties to submit a stipulation with a proposed order to the Court reflecting the foregoing;

Accordingly, Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED, by the parties, through the undersigned counsel, subject to Court approval, as follows:

1. Defendants' motion to dismiss shall be heard on September 29, 2016, at 9:00 a.m., or at another date and time as the Court may order.

IT IS SO STIPULATED.

Dated: April 20, 2016

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Ryan J. McCauley (SBN 264913)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendants*

/s/ Alan R. Plutzik
Alan R. Plutzik (Cal. Bar No. 077785)
Michael S. Strimling (Cal. Bar No. 96135)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Robert I. Harwood
Samuel K. Rosen
Benjamin I. Sachs-Michaels
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400

Joshua M. Lifshitz
LIFSHITZ & MILLER
821 Franklin Avenue
Suite 209
Garden City, NY 11530
Telephone: (516) 493-9780

*Attorneys for Plaintiff*

**[~~PROPOSED~~] ORDER**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 4/22/2016

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE