UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415 522-2200

CASE NUMBER: 5:13-cv-02379-EJD
CASE TITLE: Zoumboulaskis v. McGinn et al

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to Magistrate Judge Susan van Keulen as the referral judge.

All referred matters presently scheduled for hearing before Magistrate Judge Cousins are vacated and should be renoticed for hearing before Magistrate Judge van Keulen.

All other deadlines associated with this case remain set as previously ordered.

Date: January 20th, 2017

FOR THE EXECUTIVE COMMITTEE

Susan Y. Soong

CLERK OF COURT