United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SOFIA ZOUMBOULASKIS,
Plaintiff,
v.
RICHARD A. MCGINN, et al.,
Defendants.

Case No. 5:13-cv-02379-EJD

**JUDGMENT**

Based upon the Court's Order Granting Defendants' Motion to Dismiss with prejudice, judgment is hereby entered in favor of Defendants and against Plaintiff.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 22, 2017

EDWARD J. DAVILA
United States District Judge